UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

GRACIELA DONCOUSE,

                            Plaintiff,                  *Civil Action No.*

    -against-                                   1:23-cv-00467-JMF

KOKO SUSHI CORP. AND
214 FIRST REALTY CORP.,

                            Defendants.

---------------------------------------------------------X

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, **GRACIELA DONCOUSE** and Defendants, **KOKO SUSHI CORP. AND 214 FIRST REALTY CORP.,** hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a thirty (30) day order be issued.

Dated: February 10, 2023

                                                         By:_____
                                                            Bradly G. Marks
                                                             The Marks Law Firm, PC
                                                              155 E 55th Street, Suite 4H
                                                              New York, NY 10022
                                                              T:(646) 770-3775